**Slip Op. 24-144**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **RISEN ENERGY CO., LTD.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant, <br><br> and <br><br> **AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,** <br><br> Defendant-Intervenor. | **Before: Jane A. Restani, Judge** <br><br> **Court No. 23-00153** |

### JUDGMENT

This matter is before the Court after remand to reconsider and, if necessary, recalculate the portion of the countervailing duty ("CVD") rate attributable to the Export Buyer's Credit Program ("EBCP"). The Court's opinion ordering remand permitted the United States Department of Commerce ("Commerce") to choose among several avenues to resolve the matter. It chose to delete the entire amount attributable to EBCP from the CVD rate. This was consistent with the Court's remand opinion. As no party has submitted comments on the remand determination, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that the remand results by Commerce are **SUSTAINED**.

  /s/ Jane A. Restani  
Jane A. Restani, Judge

Dated: December 18, 2024  
  New York, New York